IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVIS PICKERING & CO., INC.,** : | | |
|    Plaintiff, : | | CIVIL ACTION |
| : | | No. 22-1837 |
| v. : | | |
| : | | |
| **WORLEY FIELD SERVICES, INC.** : | | |
|    Defendant and Third-Party Plaintiff, : | | |
| : | | |
| v. : | | |
| : | | |
| **BRASKEM AMERICA, INC.** : | | |
|    Third-Party Defendant. : | | |

### ORDER

**AND NOW**, this **22nd** day of **February 2023**, upon consideration of Third-Party Defendant Braskem America, Inc.'s Motion to Dismiss Third-Party Plaintiff Worley Field Services, Inc.'s Third-Party Complaint (ECF 21), Worley's Response (ECF 23), Braskem's Reply (ECF 26), and Worley's Sur-Reply (ECF 29), and consistent with the accompanying Memorandum of Law, it is **ORDERED** that the Motion to Dismiss is **DENIED**.

It is **FURTHER ORDERED** that Braskem shall answer the Third-Party Complaint on or before **Friday, March 17, 2023**.

BY THE COURT:

_____
**Berle M. Schiller, J.**